# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22-mj-323-DJA |
| Plaintiff, | ORDER FOR DISMISSAL |
| v. | |
| NAYCO PEREZ-VIZCARRA, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States for the District of Nevada hereby dismisses with prejudice complaint with case number 2:22-mj-323-DJA filed against defendant Nayco Perez-Vizcarra. Mr. Perez-Vizcarra was removed from the United States on January 8, 2026.

DATED this _2nd_ day of February, 2026.

JOSEPH SCISCENTO
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal. The Clerk is kindly directed to close this case.

DATED this ___5th___ day of February 2026.

UNITED STATES MAGISTRATE JUDGE

1